IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THYMES, | No. C 11-06244 YGR (PR) |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. / | |

Plaintiff filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On January 5, 2012, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that Plaintiff "was not at Pelican Bay SP." The mail was therefore undeliverable. To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the petition is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk of the Court shall enter judgment, terminate all pending motions, and close the file.

IT IS SO ORDERED.

DATED: March 20, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Thymes6244.DIS3-11.frm